UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In Re: §
§
MADERAK, DAWN ELAINE § Case No. 18-20719 RDB
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/10/2018 . The undersigned trustee was appointed on 04/10/2018 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $     2,349.43

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 2,349.43 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 08/19/2019 and the deadline for filing governmental claims was 08/19/2019 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 587.36 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 587.36 , for a total compensation of $ 587.36 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 234.94 , for total expenses of $ 234.94 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/29/2019           By:/s/Steven R. Rebein, Chapter 7 Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-20719 | RDB | Judge: ROBERT D. BERGER | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
|---|---|---|---|---|---|
| Case Name: | MADERAK, DAWN ELAINE | | | Date Filed (f) or Converted (c): | 04/10/18 (f) |
| | | | | 341(a) Meeting Date: | 05/07/18 |
| For Period Ending: | 10/29/19 | | | Claims Bar Date: | 08/19/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2009 Chevrolet Cobalt | 2,000.00 | 0.00 | | 0.00 | FA |
| 2. Misc. Household Goods and Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 3. Electronics | 350.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5. Misc. Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 6. 4 dogs, 2 parakeets | 0.00 | 0.00 | | 0.00 | FA |
| 7. Bank of the West | 200.00 | 200.00 | | 200.00 | FA |
| 8. AHRP 403(b) | 4,500.00 | 0.00 | | 0.00 | FA |
| 9. Vanguard TJ Maxx 401(k) | 7,187.00 | 0.00 | | 0.00 | FA |
| 10. 1985 Holidar Rambler RV (Homestead ) | 3,320.00 | 0.00 | | 0.00 | FA |
| 11. 2018 pro rated income tax refunds (u) | 1,095.62 | 1,095.62 | | 1,095.62 | FA |
| 12. Preference Payment Recovery | 1,053.81 | 1,053.81 | | 1,053.81 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $20,506.43 | $2,349.43 | | $2,349.43 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/29/19 - TFR submitted to UST for approval;

5/6/19 - Trustee filed motion for turnover against the Debtor;

3/31/19 - Trustee waiting on 2018 income tax returns;

11/14/18 - Trustee has requested 2018 federal and state income tax returns;

5/24/18 - Trustee investigating preference payment re: The Barstow School;

| | | | | |
|---|---|---|---|---|
| Case No: | 18-20719 RDB Judge: ROBERT D. BERGER | | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
| Case Name: | MADERAK, DAWN ELAINE | | Date Filed (f) or Converted (c): | 04/10/18 (f) |
| | | | 341(a) Meeting Date: | 05/07/18 |
| | | | Claims Bar Date: | 08/19/19 |

RE PROP# 12---The Barstow School garnishment - demand ltr issued 5/24/18;

Initial Projected Date of Final Report (TFR): 10/01/19     Current Projected Date of Final Report (TFR): 10/29/19

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-20719 -RDB | | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
|---|---|---|---|---|
| Case Name: | MADERAK, DAWN ELAINE | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******1110  Checking Account |
| Taxpayer ID No: | *******0583 | | | |
| For Period Ending: | 10/29/19 | | Blanket Bond (per case limit): | $ 24,700,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/30/19 | 12 | The Barstow School | PREFERENCE PAYMENT | 1141-000 | 1,053.81 | | 1,053.81 |
| 06/10/19 | | Dawn E. Maderak | Refunds and bank account funds | | 1,295.62 | | 2,349.43 |
| | 7 | | Memo Amount: 200.00 | 1129-000 | | | |
| | | | Bank account funds | | | | |
| | 11 | | Memo Amount: 1,095.62 | 1224-000 | | | |
| | | | Income Tax Refund | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 1,295.62 | | COLUMN TOTALS | | 2,349.43 | 0.00 | 2,349.43 |
| Memo Allocation Disbursements: | 0.00 | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 2,349.43 | 0.00 | |
| Memo Allocation Net: | 1,295.62 | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 2,349.43 | 0.00 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 1,295.62 | | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | | Checking Account - *******1110 | 2,349.43 | 0.00 | 2,349.43 |
| Total Memo Allocation Net: | 1,295.62 | | | 2,349.43 | 0.00 | 2,349.43 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    2,349.43    0.00

Case Number: 18-20719      Claim Number Sequence
Debtor Name: MADERAK, DAWN ELAINE

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Cavalry SPV I, LLC<br>assignee of AmeriCredit Financial<br>PO Box 27288<br>Tempe, AZ 85282 | Unsecured<br>Allowed | | $0.00 | $8,568.82 | $8,568.82 |
| 000002<br>070<br>7100-00 | John Benge<br>Benge Law Firm<br>900 Westport Road<br>2nd Floor<br>Kansas City MO 64111 | Unsecured<br>Allowed | | $0.00 | $2,210.00 | $2,210.00 |
| 000003<br>070<br>7100-00 | Granite State Management & Res<br>c/o U.S. Department of Education<br>PO Box 4414<br>Portland, OR 97208 | Unsecured<br>Allowed | | $0.00 | $12,036.48 | $12,036.48 |
| 000004<br>070<br>7100-00 | Kansas City Allergy and Asthma<br>c/o RSH and Associates, LLC<br>PO Box 14515<br>Lenexa, KS 66285 | Unsecured<br>Allowed | | $0.00 | $649.09 | $649.09 |
| 000005<br>070<br>7100-00 | Sunflower Medical Group<br>c/o RSH and Associates, LLC<br>PO Box 14515<br>Lenexa, KS 66285 | Unsecured<br>Allowed | | $0.00 | $531.67 | $531.67 |
| 000006<br>070<br>7100-00 | E-470 Public Highway Authority<br>22470 E 6th Parkway Ste 100<br>Aurora, CO 80018 | Unsecured<br>Allowed | | $0.00 | $143.70 | $143.70 |
| 000007<br>070<br>7100-00 | The Barstow School<br>c/o David D. Backer<br>6901 Shawnee Mission Parkway Suite 250<br>Overland Park, KS 66202 | Unsecured<br>Allowed | | $0.00 | $10,422.45 | $10,422.45 |
| 000008<br>070<br>7100-00 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Unsecured<br>Allowed | | $0.00 | $1,256.43 | $1,256.43 |
| 000009<br>070<br>7100-00 | Intercoastal Financial, LLC<br>as agent for Cuzco Capital Investment Management LLC<br>7954 Transit Rd. #144CU<br>Williamsville, NY 14221 | Unsecured<br>Allowed | | $0.00 | $345.00 | $345.00 |
| | Case Totals: | | | $0.00 | $36,163.64 | $36,163.64 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-20719 RDB
Case Name: MADERAK, DAWN ELAINE
Trustee Name: Steven R. Rebein, Chapter 7 Trustee

| Balance on hand | $ | 2,349.43 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Steven R. Rebein, Chapter 7 Trustee | $ 587.36 | $ 0.00 | $ 587.36 |
| Trustee Expenses: Steven R. Rebein, Chapter 7 Trustee | $ 234.94 | $ 0.00 | $ 234.94 |
| Total to be paid for chapter 7 administrative expenses | | | $ 822.30 |
| Remaining Balance | | | $ 1,527.13 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,163.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Cavalry SPV I, LLC | $ 8,568.82 | $ 0.00 | $ 361.85 |
| 000002 | John Benge | $ 2,210.00 | $ 0.00 | $ 93.32 |
| 000003 | Granite State Management & Res | $ 12,036.48 | $ 0.00 | $ 508.28 |
| 000004 | Kansas City Allergy and Asthma | $ 649.09 | $ 0.00 | $ 27.41 |
| 000005 | Sunflower Medical Group | $ 531.67 | $ 0.00 | $ 22.45 |
| 000006 | E-470 Public Highway Authority | $ 143.70 | $ 0.00 | $ 6.07 |
| 000007 | The Barstow School | $ 10,422.45 | $ 0.00 | $ 440.12 |
| 000008 | Verizon | $ 1,256.43 | $ 0.00 | $ 53.06 |
| 000009 | Intercoastal Financial, LLC | $ 345.00 | $ 0.00 | $ 14.57 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,527.13 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE