**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 3rd day of January, 2020.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In Re:                                     )
                                           )
**DAWN ELAINE MADERAK,**                   )
                                           )
                        Debtor.            )     Case No. 18-20719-RDB-7

## ORDER AUTHORIZING DISTRIBUTION OF FEES AND EXPENSES

The Chapter 7 Trustee, Steven R. Rebein, in the above captioned case has affirmed and the Court finds that appropriate notice was given to all creditors of the proposed distribution of the estate, that the objection deadline has passed and that no objections have been filed by a party in interest. No hearing was held on this matter.

IT IS THEREFORE ORDERED that the Trustee is authorized to pay the fees and expenses requested in the Notice of Intended Distribution.

IT IS FURTHER ORDERED that any unclaimed funds be paid into the Clerk of the Bankruptcy Court pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011.

###

*Respectfully Submitted:*
By: s/ Steven R. Rebein
Steven R. Rebein, KS #12958
8700 Monrovia, Suite 310
Lenexa, KS 66215
Telephone (913) 888-4800
srebein@grimesandrebein.com
**CHAPTER 7 TRUSTEE**

## SUMMARY PAGE

Total Receipts by Trustee: $ 2,349.43

Total Disbursements to date: $ 0.00

Funds Currently on hand: $ 2,349.43

| | |
|---|---|
| Total Trustee Fee: | $ 587.36 |
| Less Amt. Paid: | $ 0.00 |
| Balance Due: | $ 587.36 |

| | |
|---|---|
| Total Trustee Expenses: | $ 234.94 |
| Less Amount Paid: | $ 0.00 |
| Balance Due: | $ 234.94 |

| | |
|---|---|
| Total Attorney Fee: | $ 0.00 |
| Less Amount Paid: | $ 0.00 |
| Balance Due: | $ 0.00 |

Court Costs Due: $ 0.00

Balance of Administrative Expenses Due: $ 822.30

Funds Available for Distribution to Creditors: $1,527.13

# A F F I D A V I T

STATE OF KANSAS )
)  ss
COUNTY: JOHNSON )

The undersigned, being first duly sworn, states:

1. That he is the Trustee in Case No. 18-20719, Dawn Maderak.

2. That on December 9, 2019 his office sent out a *Notice of Trustee's Final Report* with deadline for filing objections.

3. That as of January 2, 2020 at 7:08 a.m., his office reviewed the docket in the above-stated case; and

4. As of that date no response or objection to the *Notice of Trustee's Final Report* had been timely filed.

FURTHER AFFIANT SAITH NAUGHT.

*Submitted:*

By: s/Steven R. Rebein
Steven R. Rebein, KS #12958
Law Office of Steven R. Rebein, L.C.
8700 Monrovia, Suite 310
Lenexa, KS 66215
Telephone (913) 888-4800
Facsimile (913) 888-0570
srebein@grimesandrebein.com
**CHAPTER 7 TRUSTEE**

Subscribed and sworn before me on January 2, 2020.

s/ Francine R. Taylor
NOTARY PUBLIC

Francine R. Taylor
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Expires on 5/31/21
[ SEAL ]

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 18-20719 -RDB | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | MADERAK, DAWN ELAINE | Bank Name: | Axos Bank |
| | | Account Number / CD #: | ********1110 Checking Account |
| Taxpayer ID No: | ******0583 | | |
| For Period Ending: | 10/29/19 | Blanket Bond (per case limit): | $ 24,700,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/30/19 | 12 | The Barstow School | PREFERENCE PAYMENT | 1141-000 | 1,053.81 | | 1,053.81 |
| 06/10/19 | 7 | Dawn E. Maderak | Refunds and bank account funds | | 1,295.62 | | 2,349.43 |
| | | | Memo Amount: 200.00 Bank account funds | 1129-000 | | | |
| | | | Memo Amount: 1,095.62 Income Tax Refund | 1224-000 | | | |
| | | | | | | | |
| | | Memo Allocation Receipts: | 1,295.62 | COLUMN TOTALS | 2,349.43 | 0.00 | 2,349.43 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | | Subtotal | 2,349.43 | 0.00 | |
| | | Memo Allocation Net: | 1,295.62 | Less: Payments to Debtors | | 0.00 | |
| | | | | Net | 2,349.43 | 0.00 | |
| | | | | | | | |
| | | Total Allocation Receipts: | 1,295.62 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | Total Allocation Disbursements: | 0.00 | Checking Account - ********1110 | 2,349.43 | 0.00 | 2,349.43 |
| | | Total Memo Allocation Net: | 1,295.62 | | 2,349.43 | 0.00 | 2,349.43 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-20719 RDB
Case Name: MADERAK, DAWN ELAINE
Trustee Name: Steven R. Rebein, Chapter 7 Trustee

| | Balance on hand | $ | 2,349.43 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Steven R. Rebein, Chapter 7 Trustee | $ 587.36 | $ 0.00 | $ 587.36 |
| Trustee Expenses: Steven R. Rebein, Chapter 7 Trustee | $ 234.94 | $ 0.00 | $ 234.94 |

| Total to be paid for chapter 7 administrative expenses | $ 822.30 |
| Remaining Balance | $ 1,527.13 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,163.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Cavalry SPV I, LLC | $ 8,568.82 | $ 0.00 | $ 361.85 |
| 000002 | John Benge | $ 2,210.00 | $ 0.00 | $ 93.32 |
| 000003 | Granite State Management & Res | $ 12,036.48 | $ 0.00 | $ 508.28 |
| 000004 | Kansas City Allergy and Asthma | $ 649.09 | $ 0.00 | $ 27.41 |
| 000005 | Sunflower Medical Group | $ 531.67 | $ 0.00 | $ 22.45 |
| 000006 | E-470 Public Highway Authority | $ 143.70 | $ 0.00 | $ 6.07 |
| 000007 | The Barstow School | $ 10,422.45 | $ 0.00 | $ 440.12 |
| 000008 | Verizon | $ 1,256.43 | $ 0.00 | $ 53.06 |
| 000009 | Intercoastal Financial, LLC | $ 345.00 | $ 0.00 | $ 14.57 |

Total to be paid to timely general unsecured creditors      $ 1,527.13

Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE