UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In Re: §
§
MADERAK, DAWN ELAINE § Case No. 18-20719 RDB
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Steven R. Rebein, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 18,157.00 |
| Total Distributions to Claimants: 1,527.13 | Claims Discharged<br>Without Payment: 64,658.31 |
| Total Expenses of Administration: 822.30 | |

3) Total gross receipts of $ 2,349.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 2,349.43 from the liquidation of the property of the estate, which was distributed as follows:

Case 18-20719   Doc# 27   Filed 03/27/20   Page 1 of 14
UST Form 101-7-TDR (10/1/2010) *(Page: 1)*

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 4,905.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 822.30 | 822.30 | 822.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 68,848.00 | 36,163.64 | 36,163.64 | 1,527.13 |
| **TOTAL DISBURSEMENTS** | $ 73,753.00 | $ 36,985.94 | $ 36,985.94 | $ 2,349.43 |

4) This case was originally filed under chapter 7 on 04/10/2018 . The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/10/2020      By:/s/Steven R. Rebein, Chapter 7 Trustee
                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank of the West | 1129-000 | 200.00 |
| Preference Payment Recovery | 1141-000 | 1,053.81 |
| 2018 pro rated income tax refunds | 1224-000 | 1,095.62 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,349.43** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Accountable Finance Inc. 7733 1/2 Metcalf Ave Overland Park, KS 66204 | | 4,905.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 4,905.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:STEVEN R. REBEIN | 2100-000 | NA | 587.36 | 587.36 | 587.36 |
| TRUSTEE EXPENSES:STEVEN R. REBEIN | 2200-000 | NA | 234.94 | 234.94 | 234.94 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 822.30 | $ 822.30 | $ 822.30 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advance America 10327 Metcalf Ave Overland Park, KS 66212 | | 500.00 | NA | NA | 0.00 |
| | Affiliated Management Services 5651 Broadmoor Mission, KS 66202 | | 127.00 | NA | NA | 0.00 |
| | Allied Interstate, Inc. 7525 W Campus Rd New Albany, OH 43054 | | 22,206.00 | NA | NA | 0.00 |
| | Beth Fraley 3421 S. Park Ave. Joplin, MO 64804 | | 3,000.00 | NA | NA | 0.00 |
| | Bishop Miege High School 5041 Reinhardt Drive Mission, KS 66205 | | 500.00 | NA | NA | 0.00 |
| | Caine & Weiner 21210 Erwin St Woodland Hills, CA 91367-5010 | | 135.00 | NA | NA | 0.00 |
| | Capital One PO Box 30285 Salt Lake City, UT 84130-0289 | | 388.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CashNetUSA.Com<br>175 W Jackson Ste 1000<br>Chicago, IL 60604 | | 500.00 | NA | NA | 0.00 |
| | Cohen, McNeile & Pappas<br>4601 College Blvd, Ste. 200<br>Leawood, KS 66211 | | 500.00 | NA | NA | 0.00 |
| | Country Door Inspirations<br>1112 7th Ave. Monroe, WI<br>53566-1364 | | 41.00 | NA | NA | 0.00 |
| | Credit Collection Services<br>Dept. 587 Two Wells Avenue<br>Newton, MA 02459 | | 109.00 | NA | NA | 0.00 |
| | CyberCollect<br>2350 South Ave La Crosse,<br>WI 54601 | | 84.00 | NA | NA | 0.00 |
| | DeKalb County Solutions, Inc.<br>PO Box 447 Sycamore, IL<br>60178 | | 2,167.00 | NA | NA | 0.00 |
| | Enhanced Recovery Corp.<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | | 1,272.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Granite State Management & Res PO Box 3420 Concord, NH 03302-3420 | | 2,700.00 | NA | NA | 0.00 |
| | Granite State Management & Res PO Box 3420 Concord, NH 03302-3420 | | 1,807.00 | NA | NA | 0.00 |
| | Granite State Management & Res PO Box 3420 Concord, NH 03302-3420 | | 1,750.00 | NA | NA | 0.00 |
| | Kansas Counselors, Inc. PO Box 14765 Shawnee Mission, KS 66285-4765 | | 65.00 | NA | NA | 0.00 |
| | Kansas Counselors, Inc. PO Box 14765 Shawnee Mission, KS 66285-4765 | | 150.00 | NA | NA | 0.00 |
| | Lewis Rice LLC 10484 Marty Overland Park, KS 66212 | | 816.00 | NA | NA | 0.00 |
| | Linda Duncan 15628 Klamm Basehor, KS 66007 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Monroe And Main 1112 7th Avenue Monroe, WI 53566-1364 | | 213.00 | NA | NA | 0.00 |
| | Receivables Management Sol. 1353 E Lafayette St Ste B Tallahassee, FL 32301 | | 770.00 | NA | NA | 0.00 |
| | Shawnee Mission Health PO Box 203758 Dallas, TX 75320-3758 | | 150.00 | NA | NA | 0.00 |
| | Speedy Cash Collection Department PO Box 780408 Wichita, KS 67278 | | 500.00 | NA | NA | 0.00 |
| | Spotloan.Com PO Box 927 Palatine, IL 60078 | | 500.00 | NA | NA | 0.00 |
| | The Best Service Company 6700 S Centinela Ave FL 3 Culver City, CA 90230 | | 100.00 | NA | NA | 0.00 |
| | White Hills Cash PO Box 330 Hays, MT 59527 | | 500.00 | NA | NA | 0.00 |
| 000001 | CAVALRY SPV I, LLC | 7100-000 | NA | 8,568.82 | 8,568.82 | 361.85 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | E-470 PUBLIC HIGHWAY AUTHORITY | 7100-000 | 143.00 | 143.70 | 143.70 | 6.07 |
| 000003 | GRANITE STATE MANAGEMENT & RES | 7100-000 | 3,648.00 | 12,036.48 | 12,036.48 | 508.28 |
| 000009 | INTERCOASTAL FINANCIAL, LLC | 7100-000 | 500.00 | 345.00 | 345.00 | 14.57 |
| 000002 | JOHN BENGE | 7100-000 | 2,210.00 | 2,210.00 | 2,210.00 | 93.32 |
| 000004 | KANSAS CITY ALLERGY AND ASTHMA | 7100-000 | 649.00 | 649.09 | 649.09 | 27.41 |
| 000005 | SUNFLOWER MEDICAL GROUP | 7100-000 | 531.00 | 531.67 | 531.67 | 22.45 |
| 000007 | THE BARSTOW SCHOOL | 7100-000 | 18,337.00 | 10,422.45 | 10,422.45 | 440.12 |
| 000008 | VERIZON | 7100-000 | 1,280.00 | 1,256.43 | 1,256.43 | 53.06 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 68,848.00 | $ 36,163.64 | $ 36,163.64 | $ 1,527.13 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | |
|---|---|
| Case No: 18-20719  RDB  Judge: ROBERT D. BERGER | Trustee Name: Steven R. Rebein, Chapter 7 Trustee |
| Case Name: MADERAK, DAWN ELAINE | Date Filed (f) or Converted (c): 04/10/18 (f) |
| | 341(a) Meeting Date: 05/07/18 |
| For Period Ending: 03/10/20 | Claims Bar Date: 08/19/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2009 Chevrolet Cobalt | 2,000.00 | 0.00 | | 0.00 | FA |
| 2. Misc. Household Goods and Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 3. Electronics | 350.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5. Misc. Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 6. 4 dogs, 2 parakeets | 0.00 | 0.00 | | 0.00 | FA |
| 7. Bank of the West | 200.00 | 200.00 | | 200.00 | FA |
| 8. AHRP 403(b) | 4,500.00 | 0.00 | | 0.00 | FA |
| 9. Vanguard TJ Maxx 401(k) | 7,187.00 | 0.00 | | 0.00 | FA |
| 10. 1985 Holidar Rambler RV (Homestead ) | 3,320.00 | 0.00 | | 0.00 | FA |
| 11. 2018 pro rated income tax refunds (u) | 1,095.62 | 1,095.62 | | 1,095.62 | FA |
| 12. Preference Payment Recovery | 1,053.81 | 1,053.81 | | 1,053.81 | FA |
| TOTALS (Excluding Unknown Values) | $20,506.43 | $2,349.43 | | $2,349.43 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/10/20 - TDR submitted to UST for approval;

10/29/19 - TFR submitted to UST for approval;

5/6/19 - Trustee filed motion for turnover against the Debtor;

3/31/19 - Trustee waiting on 2018 income tax returns;

11/14/18 - Trustee has requested 2018 federal and state income tax returns;

5/24/18 - Trustee investigating preference payment re: The Barstow School;

| | | | |
|---|---|---|---|
| Case No: | 18-20719    RDB    Judge: ROBERT D. BERGER | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
| Case Name: | MADERAK, DAWN ELAINE | Date Filed (f) or Converted (c): | 04/10/18 (f) |
| | | 341(a) Meeting Date: | 05/07/18 |
| | | Claims Bar Date: | 08/19/19 |

RE PROP# 12---The Barstow School garnishment - demand ltr issued 5/24/18;

Initial Projected Date of Final Report (TFR): 10/01/19    Current Projected Date of Final Report (TFR): 10/29/19

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-20719 -RDB | | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
|---|---|---|---|---|
| Case Name: | MADERAK, DAWN ELAINE | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******1110  Checking Account |
| Taxpayer ID No: | *******0583 | | | |
| For Period Ending: | 03/10/20 | | Blanket Bond (per case limit): | $ 23,148,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/30/19 | 12 | The Barstow School | PREFERENCE PAYMENT | 1141-000 | 1,053.81 | | 1,053.81 |
| 06/10/19 | | Dawn E. Maderak | Refunds and bank account funds | | 1,295.62 | | 2,349.43 |
| | 7 | | Memo Amount:     200.00 | 1129-000 | | | |
| | | | Bank account funds | | | | |
| | 11 | | Memo Amount:   1,095.62 | 1224-000 | | | |
| | | | Income Tax Refund | | | | |
| 01/06/20 | 002001 | Steven R. Rebein | Chapter 7 Compensation/Expense | | | 822.30 | 1,527.13 |
| | | Law Office of Steven R. Rebein, L.C. | | | | | |
| | | 8700 Monrovia, Suite 310 | | | | | |
| | | Lenexa, KS  66215 | | | | | |
| | | | Fees     587.36 | 2100-000 | | | |
| | | | Expenses     234.94 | 2200-000 | | | |
| 01/06/20 | 002002 | Cavalry SPV I, LLC | Claim 000001, Payment 4.22287% | 7100-000 | | 361.85 | 1,165.28 |
| | | assignee of AmeriCredit Financial | DISBURSED FUNDS | | | | |
| | | PO Box 27288 | To General Unsecured Claimant | | | | |
| | | Tempe, AZ  85282 | # 7575 | | | | |
| 01/06/20 | 002003 | John Benge | Claim 000002, Payment 4.22262% | 7100-000 | | 93.32 | 1,071.96 |
| | | Benge Law Firm | DISBURSED FUNDS | | | | |
| | | 900 Westport Road | To General Unsecured Claimant | | | | |
| | | 2nd Floor | | | | | |
| | | Kansas City MO 64111 | | | | | |
| 01/06/20 | 002004 | Granite State Management & Res | Claim 000003, Payment 4.22283% | 7100-000 | | 508.28 | 563.68 |
| | | c/o U.S. Department of Education | DISBURSED FUNDS | | | | |
| | | PO Box 4414 | To General Unsecured Claimant | | | | |
| | | Portland, OR  97208 | # 6257 | | | | |
| 01/06/20 | 002005 | Kansas City Allergy and Asthma | Claim 000004, Payment 4.22284% | 7100-000 | | 27.41 | 536.27 |
| | | c/o RSH and Associates, LLC | DISBURSED FUNDS | | | | |
| | | PO Box 14515 | To General Unsecured Claimant | | | | |
| | | Lenexa, KS 66285 | | | | | |
| | | | Page Subtotals | | 2,349.43 | 1,813.16 | |

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 12)

Case 18-20719    Doc# 27    Filed 03/27/20    Page 12 of 14

Ver: 22.02c

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-20719 -RDB | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | MADERAK, DAWN ELAINE | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******1110 Checking Account |
| Taxpayer ID No: | *******0583 | | |
| For Period Ending: | 03/10/20 | Blanket Bond (per case limit): | $ 23,148,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/06/20 | 002006 | Sunflower Medical Group<br>c/o RSH and Associates, LLC<br>PO Box 14515<br>Lenexa, KS 66285 | Claim 000005, Payment 4.22254%<br>DISBURSED FUNDS<br>To General Unsecured Claimant | 7100-000 | | 22.45 | 513.82 |
| 01/06/20 | 002007 | E-470 Public Highway Authority<br>22470 E 6th Parkway Ste 100<br>Aurora, CO 80018 | Claim 000006, Payment 4.22408%<br>DISBURSED FUNDS<br>To General Unsecured Claimant<br># 4535 | 7100-000 | | 6.07 | 507.75 |
| 01/06/20 | 002008 | The Barstow School<br>c/o David D. Backer<br>6901 Shawnee Mission Parkway Suite 250<br>Overland Park, KS 66202 | Claim 000007, Payment 4.22281%<br>DISBURSED FUNDS<br>To General Unsecured Claimant | 7100-000 | | 440.12 | 67.63 |
| 01/06/20 | 002009 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Claim 000008, Payment 4.22308%<br>DISBURSED FUNDS<br>To General Unsecured Claimant | 7100-000 | | 53.06 | 14.57 |
| 01/06/20 | 002010 | Intercoastal Financial, LLC<br>as agent for Cuzco Capital Investment<br>Management LLC<br>7954 Transit Rd. #144CU<br>Williamsville, NY 14221 | Claim 000009, Payment 4.22319%<br>DISBURSED FUNDS<br>To General Unsecured Claimant<br>Ace Cash Express | 7100-000 | | 14.57 | 0.00 |

Page Subtotals     0.00     536.27

Ver: 22.02c

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-20719 -RDB | | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
|---|---|---|---|---|
| Case Name: | MADERAK, DAWN ELAINE | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******1110  Checking Account |
| Taxpayer ID No: | *******0583 | | | |
| For Period Ending: | 03/10/20 | | Blanket Bond (per case limit): | $ 23,148,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 1,295.62 | COLUMN TOTALS | | 2,349.43 | 2,349.43 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 2,349.43 | 2,349.43 | |
| Memo Allocation Net: | 1,295.62 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 2,349.43 | 2,349.43 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 1,295.62 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - *******1110 | | 2,349.43 | 2,349.43 | 0.00 |
| | | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 1,295.62 | | | 2,349.43 | 2,349.43 | 0.00 |
| | | | | ============= | ============= | ============= |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00